AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____ Massachusetts _____

Bruce Haims, individually and on behalf of all
others similarly situated,
        Plainitff,

V.

Biopure Corp., Thomas A. Moore, Carl W. Rausch
and Ronald F. Richards,
        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10144 NG

TO: (Name and address of defendant)

Thomas A. Moore
166 Cherry Hill Road
Princeton, NJ 08540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Sqare
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    1-22-04
_____                     _____
CLERK                                           DATE

_____
(BY) DEPUTY CLERK

AO 440  (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☒  Other *(specify):* I hereby accept service on behalf of the defendant Thomas A. Moore.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/1/04
           Date

Signature of Server

Bingham McCutchen LLP
150 Federal Street, Boston MA  02110
Address ~~of Server~~

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.