AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____ Massachusetts _____

Bruce Haims, individually and on behalf of all
others similarly situated,
        Plainitff,

V.

Biopure Corp., Thomas A. Moore, Carl W. Rausch
and Ronald F. Richards,
        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04cv10144 NG

TO: (Name and address of defendant)

Biopure Corp.
11 Hurley Street
Cambridge, MA 02141

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Sqare
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____   DATE   1-22-04
CLERK

_____
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>January 27, 2004 |
| NAME OF SERVER<br>JOSEPH OLINTO | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____ , MASSACHUSETTS

☒ Other:   By handing true and attested copies thereof to __Ms. Kristan Riccardi, Administrative Assistant and__
Duly Authorized Agent for the within-named_____ __Defendant, Biopure Corp.__
Said service was made at:
__11 Hurley Street, Cambridge__ , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 10.00 | $ 10.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___January 27, 2004___     _[signature: Joseph Olinto]_
             Date                       Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
       PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH**:   $_____.00     No service was made     TOTAL    $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| **Suvalle, Jodrey & Associates**<br>Massachusetts Constables since 1925 | **One Devonshire Place**<br>Boston, MA  02109 | Telephone # (617) 720-5733<br>Fax #         (617) 720-5737 |