AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____ Massachusetts _____

Bruce Haims, individually and on behalf of all
others similarly situated,
        Plainitff,

V.

Biopure Corp., Thomas A. Moore, Carl W. Rausch
and Ronald F. Richards,
        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 CV 10144 NG**

TO: (Name and address of defendant)

    Carl W. Rausch
    592 Pleasant Street
    Belmont, MA 02478

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Jeffrey C. Block, Esq.
    Berman DeValerio Pease Tabacco Burt & Pucillo
    One Liberty Sqare
    Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 1-22-04

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE  January 27, 2004 |
| NAME OF SERVER  JOSEPH OLINTO | TITLE  Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

_____592 Pleasant Street, Belmont_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☐ Other:   By handing true and attested copies thereof to_____

Duly Authorized Agent for the within-named_____

Said service was made at:

_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL |
|---|---|---|---|
| | $ 29.00 (18) | | $ 29/70.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____January 27, 2004_____     _Joseph Olinto_____
              Date                             Signature of Server

                                               One Devonshire Place, Boston, Massachusetts
                                               Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ 41.00 |
| | | | $ .00 |
| | | | $ .00 |
| | | | $ .00 |
| | | | $ .00 |
| | | | $ .00 |

**DUE & DILIGENT SEARCH**:  $ _____.00    No service was made    TOTAL    $ 41.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA  02109**             Fax #         (617) 720-5737